RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE ___9_/_18_/_12___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

FRANK BOATSWAIN

VERSUS

RICARDO MARTINEZ, WARDEN

CIVIL ACTION NO.  1:12-CV-704

JUDGE James T. Trimble, Jr.

MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED** and **DISMISSED** for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 18th day of _____September_____, 2012.

_____
James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE